**ELITE EMPLOYMENT LAW APC**
Samuel P. Nielson (Bar No. 274611)
25255 Cabot Road, Suite 202
Laguna Hills, California 92653
Telephone:   949.603.1020
sam@EliteEmploymentAttorneys.com

Attorneys for Plaintiff
MATTHEW NICHOLLS

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW NICHOLLS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TAPIS CORPORATION, a New York Corporation. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:25-cv-00870-JGB-SP<br><br>**ORDER DISMISSING CERTAIN CLAIMS WITH PREJUDICE**<br><br>Amended Complaint Filed: March 3, 2025<br>Removal Date: April 7, 2025<br>Trial Date: September 8, 2026 |

Based on the foregoing stipulation, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff's Tenth and Eleventh causes of action are dismissed with prejudice. Those causes of action are deemed withdrawn and are no longer part of the pleadings in this action. The operative complaint otherwise remains in effect as to the remaining causes of action.

**IT IS SO ORDERED.**

   Dated: February 12, 2026

_____
Jesus G. Bernal
United States District Judge

ORDER DISMISSING CERTAIN CLAIMS WITH PREJUDICE